# EXHIBIT A



Date:09/20/2011
**MASS SUBPOENA NOTIFICATION**

Target Details: IP Address 68.105.97.108  on  05/21/2011 08:10:18 PM

Dear Customer:

Neustar is the designated agent of Cox Communications authorized to respond to subpoenas, search warrants, and court orders for the production of subscriber records.

It is the policy of Cox Communications to notify a subscriber that a subpoena has been received for the subscriber's records.

Accordingly, please be advised that on 08/22/2011 a Civil Proceeding Subpoena Request was received from John Steele, Attorney for Creditor, Phone # (312)-880-9160. Cox Communications will comply with this subpoena on 10/31/2011 unless we receive legal documents that delay or terminate the process on or before 10/30/2011.

Cox Communications is not a party to this lawsuit and has no information about the basis for the subpoena.  However, Cox Communications has created a webpage with some explanatory information about the background of this litigation. For more information, please access the below listed link.

http://support.cox.com/sdccommon/asp/contentredirect.asp?sprt_cid=c8bc8c1a-2a73-4755-875f-155a1e35d440

Any questions you may have about the subpoena itself should be referred to John Steele, Attorney for Creditor, Phone # (312)-880-9160. If you have a need to contact NeuStar about this letter or our procedure, please contact us at (877) 510-4357, Option 4. To better enable us to provide prompt assistance, please refer to case # AD25443 when calling.

Sincerely,

Angelique Dade
Authorized Agent for Custodian of Records
Cox Communications

If you would like to authorize the release of your records immediately, please sign in the space provided below and fax this page to us at (571) 434-3401.

_____                          _____
Customer Signature                                                    Date

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:11-cv-03648-HRL |
| DOES 1-84, | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of California          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Records Custodian, Cox Communications, 1400 Lake Hearn Drive, Atlanta GA 30319-1464

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Steele Hansmeier, PLLC<br>161 N Clark St. Ste 3200<br>Chicago, IL 60601 | Date and Time:<br><br>10/31/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/15/2011

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| | | /s/ John Steele |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Hard Drive Productions, Inc. , who issues or requests this subpoena, are:

John Steele, Steele Hansmeier PLLC, 161 N Clark St. Ste. 3200, Chicago, IL 60601, jlsteele@wefightpiracy.com; 312-880-9160