Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br> DOES 1-84, <br><br> Defendants. | **No. 5:11-CV-03648-HRL** <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

### MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

Plaintiff Hard Drive Productions, Inc., pursuant to Local Rule 7-9(b)(3), hereby moves for leave to file a motion for reconsideration of the portion of the Court's November 23, 2011 order granting a nonparty's motion to sever. (ECF No. 31, hereinafter "November 23 Order.") The Court's November 23 Order granted a motion to sever brought by a nonparty "identified only as 'Alleged Doe 68.105.97.108.'" (ECF No. 31 at 1.) In its opposition to the anonymous individual's motion to sever, Plaintiff argued that the anonymous individual lacked standing to bring his motion. (ECF No. 23.) In its November 23 Order, the Court did not address the issue of how a nonparty has standing to move for severance from an action. (ECF No. 31.) Plaintiff respectfully moves the Court for leave to file a motion for reconsideration so that Plaintiff may fully brief the standing issue.

///

///

Respectfully Submitted,

PRENDA LAW INC.,

DATED: November 28, 2011

By:     /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 28, 2011, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                          /s/ Brett L. Gibbs
                                      BRETT L. GIBBS, ESQ.